IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGIONAL PRODUCE COOPERATIVE CORPORATION, d/b/a PHILADELPHIA WHOLESALE PRODUCE MARKET, <br><br> Plaintiff, <br><br> v. <br><br> TD BANK, N.A., <br><br> Defendant. | : <br> : <br> : <br> : <br> : Case No.: 2:19-cv-01883-MSG <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

Upon consideration of Defendant, TD Bank's Motion to Dismiss Plaintiff's Complaint, and any opposition;

It is hereby ORDERED on this ___ day of _____, 2019, that Defendant TD Bank's Motion to Dismiss is GRANTED and that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

_____
Judge Mitchell S. Goldberg