## CERTIFICATE OF SERVICE

      I certify that on June 19, 2019, the foregoing Motion to Dismiss and supporting materials was served via the Court's ECF system, which will send notification of such filing to all counsel of record. In accord with Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

                                            /s/ Lynne E. Evans
                                            Lynne E. Evans